IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **GEARY HOOPER and FRANK BLAZEJEWSKI, On Behalf of Themselves and All Others Similarly Situated,** | § § § § § | |
| **Plaintiffs,** | § § | |
| V. | § § | Civil Action No. 4:11-cv-0072 |
| **CARLISLE & GALLAGHER CONSULTING GROUP, INC., d/b/a CG TECHNOLOGY, INC. and d/b/a CG CONSULTING GROUP, INC.** | § § § § § | |
| **Defendant.** | § | |

## NOTICE OF CHANGE OF ADDRESS

Please note that, effective October 24, 2011, John B. Brown, counsel for Defendant, has the following new address:

> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
> Preston Commons West
> 8117 Preston Road, Suite 500
> Dallas, TX  75225
> Phone: (214) 987-3800
> Fax: (214) 987-3927
> Email: john.brown@ogletreedeakins.com

Please note counsel's new address on all future pleadings and correspondence.

___

**NOTICE OF CHANGE OF ADDRESS**                                                                                     **PAGE 1**

Respectfully submitted,

/s/ John B. Brown
John B. Brown – Lead Attorney
Texas Bar No. 00793412
john.brown@ogletreedeakins.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 700
Dallas, Texas 75225
Direct Dial: 214-414-0067
Facsimile:   214-987-3926

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on October 21, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following counsel for Plaintiff, an ECF registrant:

J. Derek Braziel
Meredith Mathews
Lee & Braziel, LLP
1801 N. Lamar Street, Suite 325
Dallas, TX 75202

/s/ John B. Brown
John B. Brown

11151042.1 (OGLETREE)