IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GEARY HOOPER and FRANK BLAZEJEWSKI, On Behalf of Themselves and All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:11-cv-0072 |
| v. | § § | |
| CARLISLE & GALLAGHER CONSULTING GROUP, INC., d/b/a CG TECHNOLOGY, INC. and d/b/a CG CONSULTING GROUP, INC., | § § § § § § | Jury Demanded |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AND APPROVAL OF SETTLEMENT

Before this Court is a Joint Motion to Dismiss with Prejudice and for Approval of Settlement by and between Plaintiffs and Defendant.  Having reviewed the motion, it appears to the Court that due cause exists to grant the motion.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Settlement Agreement presented to the Court is approved and all claims asserted against Defendant are hereby dismissed in accordance with the terms of the Settlement Agreement and in their entirety with prejudice, with all costs taxed against the parties incurring same and all attorneys' fees borne by the parties incurring same.  IT IS FURTHER ORDERED, that this file will be administratively closed, but the Parties are permitted to file additional consents with the Court in accordance with the terms of the settlement agreement.

**IT IS SO ORDERED.**
**SIGNED this 6th day of June, 2012.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE